UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS LEE JACKSON,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>JEFFREY A. UTTECHT,<br><br>　　　　　　　　　Respondent. | No. C13-5446 RBL/KLS<br><br>**REPORT AND RECOMMENDATION**<br>**Noted For: August 2, 2013** |

On June 7, 2013, Petitioner Thomas Lee Jackson filed a proposed petition for writ of habeas corpus. ECF No. 1. On June 24, 2013, Petitioner paid the $5.00 filing fee (Receipt No. T-10882). On June 24, 2013, Petitioner filed a motion for leave to proceed *in forma pauperis* (IFP). ECF No. 4. Because Mr. Jackson has paid the filing fee, the Court should deny the IFP application.

### DISCUSSION

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson,* 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963). Mr. Jackson paid the $5.00 filing fee on June 24, 2013. Therefore, his IFP application is moot.

### CONCLUSION

Because Mr. Jackson has paid the filing fee, the undersigned recommends that the Court deny his application to proceed *in forma pauperis* (ECF No. 4).

REPORT AND RECOMMENDATION - 1

1  Pursuant to 28 U.S.C.§ 636(b)(1) and Fed. R. Civ. P. 72(b), Petitioner shall have fourteen
2  (14) days from service of this Report and Recommendation to file written objections thereto. See
3  also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for
4  purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit
5  imposed by Rule 72(b), the Clerk is directed set this matter for consideration on **August 2, 2013**,
6  as noted in the caption.

**DATED** this 8th day of July, 2012.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2