UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS LEE JACKSON,

                     Petitioner,

   v.

JEFFREY A. UTTECHT,

                     Respondent.

No. C13-5446 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's Report and Recommendation is approved and adopted.

(2) Petitioner has paid the filing fee. Petitioner's application to proceed *in forma pauperis* (ECF No. 4) is **DENIED**.

(3) The Clerk is directed to send directed to send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 12th day of September, 2013.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1