UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS LEE JACKSON,

                    Petitioner,

    v.

JEFFREY A. UTTECHT,

                    Respondent.

No. C13-5446 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

      The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

      (1)    The Magistrate Judge's Report and Recommendation is approved and adopted.

      (2)    Petitioner has paid the filing fee. Petitioner's application to proceed *in forma pauperis* (ECF No. 4) is **DENIED**.

      (3)    The Clerk is directed to send directed to send copies of this Order to Petitioner and counsel for Respondent.

      **DATED** this 12th day of September, 2013.

                                          RONALD B. LEIGHTON
                                          UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1